

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jan Rogers Freeman, Individually and as Representative of the Estate of Michael Neal Freeman; Jennifer Paige Scoggins; Laurie Lynn Caves; and Ashley Michelle Kirkland, Appellants

No. 06-15-00106-CV          v.

JI Specialty Services, Inc., York Risk Services Group, Inc., and Diana Maldonado, Appellees

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 15-626). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

 

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants pay all costs of this appeal.

RENDERED NOVEMBER 3, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk